**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thelma Bossort, | No. 09-CV-8102-PCT-PGR |
| Plaintiff, | |
| vs. | **ORDER** |
| Kindred Nursing Centers West, L.L.C., a Delaware limited liability company, d/b/a Kachina Point Health Care and Rehabilitation Center, | |
| Defendant. | |

The parties in this case have reached a settlement. Therefore, pursuant to Rule 40.2(d) of the Rules of Practice for the United States District Court for the District of Arizona, Plaintiff has filed a Notice of Settlement (Doc. 27). Accordingly,

IT IS HEREBY ORDERED setting a status conference for **Monday, February 8, 2010, at 11:00 a.m.** The status conference will be vacated upon the filing of the final dismissal of all parties and claims.

DATED this 22nd day of December, 2009.

Paul G. Rosenblatt
United States District Judge