**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thelma Bossort,<br><br>　　　　Plaintiff,<br>vs.<br><br>Kindred Nursing Centers West, L.L.C., a Delaware limited liability company, d/b/a Kachina Point Health Care and Rehabilitation Center,<br><br>　　　　Defendant. | No. 09-CV-8102-PCT-PGR<br><br>**ORDER OF DISMISSAL** |

Pursuant to the stipulation of dismissal (Doc. 29), all parties agree that this case be dismissed *with prejudice* as to all claims against Defendant Kindred Nursing Centers West, L.L.C. d/b/a Kachina Point Health Care and Rehabilitation Center. Accordingly,

IT IS HEREBY ORDERED dismissing the above-entitled matter *with prejudice*, each party to bear its own attorney's fees and costs.

IT IS FURTHER ORDERED that the status conference scheduled for February 8, 2010 is hereby vacated.

DATED this 11th day of January, 2010.

_____
Paul G. Rosenblatt
United States District Judge